UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STELLA MAYES, RENALDO MAYES, AND SCHMEKIA KEITH | * * * | CIVIL ACTION NO: _____ |
| | * | JUDGE: _____ |
| VERSUS | * * | MAGISTRATE: _____ |
| RICHARD B. SMITH, JOYE FOUTS DARWIN LEISURE TIME CHARTERS AND TOURS, AND LANCER INSURANCE COMPANY | * * * * | JURY TRIAL REQUESTED |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that this Defendant, LANCER INSURANCE COMPANY, in that certain proceeding entitled and numbered cause from the Civil District Court for the Parish of Orleans, State of Louisiana, bearing Docket No. 2016-7141, Division B-12, entitled *"Stella Mayes, Ranaldo Mayes, and Schmekia Keith versus Richard B. Smith, Joye Fouts Darwin Leisure Time Charters and Tours, and Lancer Insurance Company"*, provides its Notice of Removal and hereby remove this action to the United States District Court in and for the Eastern District of Louisiana. A copy of this Notice of Removal is being served upon, Tim Fields and Jon Wasielewski, as counsel for the Plaintiffs, and a copy of this Notice of Removal is also being filed with the Clerk of Court of the above referenced State court in conformity with 28 U.S.C. § 1446(d). In addition, pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and/or orders served upon this Defendant is attached hereto as Exhibit 1.

This Defendant respectfully submits that the grounds for removal of this matter are as follows:

I.

The Plaintiffs filed a Petition for Damages entitled *"Stella Mayes, Ranaldo Mayes, and*

*Schmekia Keith versus Richard B. Smith, Joye Fouts Darwin Leisure Time Charters and Tours, and Lancer Insurance Company"* on or about July 18, 2016 in the Judicial District Court in and for the Parish or Orleans, State of Louisiana.

II.

The Plaintiffs assert a claim for damages arising out of an accident which occurred on or about July 18, 2015, on Interstate 10 in Orleans Parish, State of Louisiana. They claim that Schmekia Keith was driving a vehicle, in which Renaldo and Stella Mayes were riding as passengers, when a bus driven by Richard Smith struck the aforementioned vehicle. The Plaintiffs further claim that Richard Smith was working for Joye Fouts Darwin Leisure Time Charter and Tours, and Lancer Insurance Company had in effect an insurance policy at the time of the accident that provided coverage for both of the aforementioned Defendants

III.

Stella Mayes, Renaldo Mayes, and Schmekia Keith assert in their Petition for Damages that they are residents of the Parish of Orleans and State of Louisiana.

IV.

Lancer is incorporated in Illinois and has its principal place of business in New York. Joye Fouts Darwin Leisure Time Charters and Tours is a foreign proprietorship located in Georgia, and said proprietorship is owned by Joye Fouts Darwin, who is a citizen of Georgia. Finally, Richard Smith is also a citizen of Georgia.

V.

The plaintiff's claim they each suffered "severe and grievous injuries to body and mind" as a result of this accident. (See Petition for Damages, ¶ 8).

VI.

The Plaintiffs have not set forth any amount of damages in their petition, as they are not permitted to do so under Louisiana law. However, on or about January 25, 2017, the Plaintiffs' counsel provided Renaldo Mayes' Answers to Lancer Insurance Company's Interrogatories wherein Mr. Mayes indicated that his damages included $13,918.00 in past medical expense and $195,000.00 in general damages. (See Mr. Mayes' Answers to Lancer Insurance Company's Interrogatories, pg. 3; and copy of his entire answers is attached hereto as Exhibit 2.)

VII.

Subsequently, on or about January 26, 2017, the Plaintiffs' counsel sent a demand to Lancer's counsel indicating that Mr. Mayes' "neck and low back was severe and lasted well over one year after the subject accident." (See the demand letter from Plaintiffs' counsel, pg.2; and a copy of the whole demand letter is attached hereto as Exhibit 3.) Additionally, according to this demand letter, Mr. Mayes is claiming he sustained a herniated disc in the cervical spine and two bulging discs in the lumbar spine. In his demand letter, Mr. Mayes' claims total damages of $213,918.00. (Id.)

VIII.

All of the Plaintiffs are diverse from the Defendants. Additionally, Lancer submits that the required amount in controversy for diversity jurisdiction is met with regard to Renaldo Mayes and, therefore, this Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332. Furthermore, pursuant to 28 U.S.C. § 1367(a) this Court has supplemental jurisdiction over the claims of Stella Mayes and Schmekia Keith. See also *Exxon Mobil Corporation v. Allapattah Services, Inc.*, 545 U.S. 546, 125 S.Ct. 2611, 162 L.Ed.2d 502. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

WHEREFORE, these defendants pray this Notice of Removal be deemed good and sufficient and that the plaintiff's civil action filed in the Parish of Orleans, State of Louisiana, bearing Docket No. No. 2016-7141, styled *"Stella Mayes, Ranaldo Mayes, and Schmekia Keith versus Richard B. Smith, Joye Fouts Darwin Leisure Time Charters and Tours, and Lancer Insurance Company"*, be removed from the Judicial District Court for the Parish of Orleans, State of Louisiana, to this Honorable Court for jury trial and determination as provided by law and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in such civil action from such State Court and, thereupon, proceed with the civil action as if it had been commenced originally in this Honorable Court.

Respectfully submitted

**The Dill Firm, A.P.L.C.**

BY: /s/ David P. Vial II

JAMES M. DILL (Bar No. 18868)
DAVID P. VIAL II (Bar No. 29515)
825 Lafayette Street
Post Office Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408
Facsimile: (337) 261-9176
Email: Jdill@dillfirm.com
Email: Dvial@dillfirm.com
ATTORNEYS FOR LANCER
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of February 2017, a copy of the foregoing pleading was filed electronically with the Clerk of Court using CM/ECF system. Notice of this filing will be sent to counsel for all parties to this proceeding by operation of the court's electronic filing system.

/s/ David P. Vial II
_____
DAVID P. VIAL II