# State of Louisiana
## Secretary of State

08/03/2016

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

LANCER INSURANCE COMPANY
ATTN: JOHN A. PETRILLI
P.O. BOX 9004 (11561-9004)
370 WEST PARK AVENUE
LONG BEACH, NY  11561-3213

Suit No.: 20167141
CIVIL DISTRICT COURT
ORLEANS PARISH

STELLA MAYES, ET AL
vs
RICHARD B. SMITH, ET AL

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

TOM SCHEDLER
Secretary of State

Served on: TOM SCHEDLER
Served by: E CUMMINS

Date: 08/02/2016
Title: DEPUTY SHERIFF

AG

RECEIVED
AUG 0 8 2016
BY: .....................





No: 1010540

ATTORNEY'S NAME: Wasielewski, Jonathan D 32755
AND ADDRESS: 1750 St. Charles, Suite CU-1, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2016-07141     DIVISION: B     SECTION: 12

MAYES, STELLA ET AL

Versus

SMITH, RICHARD B. ET AL

**CITATION**

TO: LANCER INSURANCE COMPANY
THROUGH: THE SECRETARY OF STATE

SERVED ON
TOM SCHEDLER
AUG 02 2016
SECRETARY OF STATE
COMMERCIAL DIVISION

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 20, 2016

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Quiane Robertson, Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON LANCER INSURANCE COMPANY | ON LANCER INSURANCE COMPANY |
| THROUGH: THE SECRETARY OF STATE | THROUGH: THE SECRETARY OF STATE |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said LANCER INSURANCE COMPANY being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER    RETURN | _____ No. _____ |
| ____/____ | Deputy Sheriff of _____ |
| SERIAL NO.   DEPUTY   PARISH | |

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2016-7141  DIVISION " B-12 "

STELLA MAYES, RENALDO MAYES, and SCHMEKIA KEITH

VERSUS

RICHARD B SMITH, JOYE FOUTS DARWIN LEISURE TIME CHARTERS AND TOURS, and LANCER INSURANCE COMPANY

FILED: _____

DEPUTY CLERK

FILED JUL 18 2016 CLERK'S OFFICE CIVIL DISTRICT COURT

## PETITION FOR DAMAGES

Now into Court, through undersigned counsel, come Plaintiffs, Stella Mayes, Renaldo Mayes and Schmekia Keith, persons of the full age of majority and residents of the Parish of Orleans and State of Louisiana, who state as follows:

1.

Defendant, Richard B Smith, is a person of the full age of majority and a resident of the City of Calhoun, State of Georgia and at all times pertinent hereto was the driver of a 2012 Prevost Bus acting at all times pertinent hereto in the course and scope of his employment and/or agency with the owner of that vehicle Defendant, Joye Fouts Darwin Leisure Time Charters and Tours.

2.

Defendant, Joye Fouts Darwin Leisure Time Charters and Tours, is a foreign corporation authorized to do and doing business in the State of Louisiana and at all times pertinent hereto was the owner of a 2012 Prevost Bus and at all times pertinent hereto was the employer/principal of its employee/agent, Defendant, Richard B Smith, and is responsible for the actions of its employee/agent under the legal doctrine of *respondeat superior*.

3.

Defendant, Lancer Insurance Company, is a foreign corporation authorized to do and doing business in the State of Louisiana and at all times pertinent hereto had in full force and effect a policy of liability insurance covering Defendants, Richard B Smith and Joye Fouts Darwin Leisure Time Charters and Tours, for the risks herein after alleged.

4.

The incident hereinafter referred to occurred in the Parish of Orleans, State of Louisiana, within the territorial jurisdiction of this Honorable Court.

5.

On or about July 18, 2015, Petitioner, Schmekia Keith was driving her 2011 Acura MDX with Petitioners Stella Mayes and Renaldo Mayes as passengers. Petitioners were travelling East on Interstate 10 near its intersection with Interstate 510 in New Orleans, Louisiana when suddenly and without warning, the vehicle operated by Defendant, Richard B Smith, merged into Petitioners' lane of travel striking Petitioners' vehicle and causing the injuries and damages hereinafter more fully described.

6.

The foregoing incident was caused directly and proximately by the negligence of the Defendant, Richard B Smith, particularly, but not exclusively, in the following respects, to-wit:

A. Driving in a reckless and careless manner without regard for the safety of others;

B. Failure to see what he should have seen;

C. Failure to keep a proper look out;

D. Failure to take evasive action to avoid causing the accident;

E. Failure to yield;

F. Executing an improper, unsafe, and/or illegal lane change;

G. Failure to maintain adequate and proper control of his vehicle; and

H. Any and all other acts of negligence that may be proven at the time of trial of this matter.

7.

As a direct and proximate result of the negligence of the Defendant, Richard B Smith, Plaintiffs were caused to suffer severe and grievous injuries to body and mind.

8.

Plaintiffs are entitled to recover damages for the injuries they sustained at the hands of Defendant, Richard B Smith, including to, but not limited to:

A. Past, present and future medical expenses;

B. Past, present and future mental and physical pain and suffering;

C. Residual disability; and

D. Loss of use.

WHEREFORE, Petitioners pray that after due proceedings had there be judgment herein in

favor of Petitioners, Stella Mayes, Renaldo Mayes and Schmekia Keith, and against Defendants, Richard B Smith, Joye Fouts Darwin Leisure Time Charters and Tours, and Lancer Insurance Company, jointly and in solido, in a sum to be determined by this Honorable Court together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings. Petitioners further pray for all general and equitable relief.

Respectfully submitted,

*/s/ Jonathan D. Wasielewski*

TIM L. FIELDS (Bar #: 24794)
JONATHAN D. WASIELEWSKI (Bar# 32755)
Attorneys for Plaintiffs
1750 St. Charles Avenue, Suite CU1
New Orleans, Louisiana 70130
(504) 864-0111
Fax:(504) 864-0009

**PLEASE SERVE**

Richard B Smith
Via the Louisiana Longarm Statute
PO Box 2874
Calhoun GA 30702

AND

Joye Fouts Darwin Leisure Time Charters and Tours
Through the Louisiana Longarm Statute
PO Box 639
Emerson GA 30137

AND

Lancer Insurance Company
Through the Louisiana Secretary of State



2017 FEB -3 P 2:40

CIVIL DISTRICT COURT FOR THE ~~AREA~~ Parish OF ORLEANS

STATE OF LOUISIANA

NO.: 2016-7141　　　　　　　　　　　　　　　　　DIVISION "B-12"

STELLA MAYES, RENALDO MAYES, AND SCHMEKIA KEITH

VERSUS

RICHARD B. SMITH, JOYE FOUTS DARWIN LEISURE TIME CHARTERS AND TOURS, and LANCER INSURANCE COMPANY

FILED: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**DEPUTY CLERK**

## MOTION FOR STATUS CONFERENCE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who advise this Honorable Court that sufficient time has passed since the filing of the Petition and Answers in this matter and that it is now appropriate to hold a status conference for the purpose of selecting dates for the completion of discovery and other appropriate deadlines for preparing this matter for trial.

THEREFORE, Plaintiffs, through undersigned counsel, respectfully request that the accompanying Order be issued setting a status conference for the purpose of selecting discovery cutoff dates and any other appropriate deadlines for the preparation of this matter for trial.

Respectfully submitted,

_____
Tim L. Fields (LSBA #24794)
1750 St. Charles Avenue, Unit CU1
New Orleans LA 70130
Ph. (504) 864-0111
Fax (504) 864-0009

## CERTIFICATE OF SERVICE

I hereby certify that copy of the foregoing pleading has been served on all counsel of record by placement of the same in the U.S. mail properly addressed and postage prepaid and/or by facsimile transmission this 26 day of January, 2017.

_____
Tim L. Fields

RECEIVED
FEB 1 5 2017
BY: ...........................

FILED
2017 FEB -3 P 2:40
CIVIL DISTRICT COURT
CIVIL DISTRICT COURT FOR THE AREA OF ORLEANS

STATE OF LOUISIANA

NO.: 2016-7141                      DIVISION "B-12"

STELLA MAYES, RENALDO MAYES, AND SCHMEKIA KEITH

VERSUS

RICHARD B. SMITH, JOYE FOUTS DARWIN LEISURE TIME CHARTERS AND TOURS, and LANCER INSURANCE COMPANY

FILED: _____

                                             **DEPUTY CLERK**

### ORDER

Considering the foregoing Motion for Status Conference;

IT IS HEREBY ORDERED that a status conference be set for the _27th_ day of _February_, 2017, at _10:30_ (a.m.)/p.m. for the purpose of selecting discovery cutoff dates and any other appropriate deadlines. Counsel shall appear (by phone / **in person**)

(circle one.)

New Orleans, Louisiana this _6th_ day of _February_, 2017.

(Sgd.) Melvin C. Zeno
Judge Pro Tempore
_____
JUDGE

A TRUE COPY
_Ashley W_
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

**PLEASE SERVE:**
Stella Mayes, Renaldo Mayes, and Schmekia Keith
Through their counsel of record
Tim L. Fields
1750 St. Charles Avenue, Unit CU1
New Orleans LA 70130

Lancer Insurance Company
Through its counsel of record
JAMES M. DILL
DAVID P. VIAL II
825 Lafayette St.
Lafayette, Louisiana 70501