CIVIL DISTRICT COURT FOR THE AREA OF ORLEANS

STATE OF LOUISIANA

NO.: 2016-7141            DIVISION "B-12"

STELLA MAYES, RENALDO MAYES, AND SCHMEKIA KEITH

VERSUS

RICHARD B. SMITH, JOYE FOUTS DARWIN LEISURE TIME CHARTERS AND TOURS, and LANCER INSURANCE COMPANY

### RENALDO MAYES ANSWERS TO LANCER INSURANCE COMPANY'S INTERROGATORIES

TO:    LANCER INS. CO.
Through its counsel of records
JAMES M. DILL
DAVID P. VIAL II
Post Office Box 3324
Lafayette, Louisiana 70502-3324
Facsimile: (337) 261-9176
Email: jdill@dillfirm.com
Email: dvial@dillfirm.com
ATTORNEYS FOR LANCER INS. CO.

COMES NOW this Plaintiff, Renaldo Mayes, who by and through undersigned counsel, respectfully responds to Defendant Lancer insurance Company's Interrogatories as follows:

**INTERROGATORY NO. 1:**

Please list the complete address of each of your residences for the last fifteen (15) years, giving the dates which you resided at each address and specify your current address.

**RESPONSE NO. 1:**

January 2016 until the present 4534 Lafon Dr. New Orleans LA 70126

Approximately January 2014-January2016 8373 Curran Blvd.

Approximately 2009 until January 2012, 7883 Beach Dr. New Orleans LA

**INTERROGATORY NO. 2:**

What is your date and place of birth?

**RESPONSE NO. 2:**

11-28-1979 New Orleans LA

**INTERROGATORY NO. 3:**

Please state the name and address of every school or training institution you attended throughout your life and the dates of attendance and whether or not you are a graduate of that institution.



EXHIBIT 2

RECEIVED
JAN 3 0 2017
BY: ..........................

**RESPONSE NO. 3:**

Completed 11th grade at John McDonald High School

No further education.

**INTERROGATORY NO. 4:**

Please list the name and address of any insurance company that has provided health insurance coverage to you for the last twenty (20) years.

**RESPONSE NO. 4:**

Plaintiff believes the only health insurance he has had in the last 20 years is Medicaid.

**INTERROGATORY NO. 5:**

Please state the name which appears on your social security card, give your social security number at the present time, and all other names and/or social security numbers which have ever been used by you.

**RESPONSE NO. 5:**

Renaldo Michael Mayes.

**INTERROGATORY NO. 6:**

If you have ever served in any branch of the armed forces of the United States, please provide the name of the branch, your armed services identification number, the dates of service, and whether your discharge was honorable or dishonorable.

**RESPONSE NO. 6:**

No.

**INTERROGATORY NO. 7:**

Please state the names and addresses of all of healthcare providers, including hospitals, who have examined or treated you in the past fifteen (15) years and as to each, please state the date and purpose of the treatment, examination or admission.

**RESPONSE NO. 7:**

Plaintiff recalls being seen by Dr. Wanda Timpton 7901 Downman Rd. Suite A New Orleans LA 70126, Dr. Kenneth Wiley, 1407 Piety St. Suite A New Orleans LA 70117 and The New Orleans Health Care Center 9850 Lake Forest Blvd Suite B New Orleans LA.

He could not recall dates or reasons for treatment with these physicians.

Additionally in relation to the subject accident he has been seen by

1) Health Care Center 3909 Bienville St New Orleans LA

2) Opensided MRI 1 Galeria Blvd Suite 106 Metairie LA

3) Guardian Care LLC (Dr. Eric Lonseth) 1912 Clearview Pkwy Suite 106 Metairie LA

### INTERROGATORY NO. 8:

To the extent that you have not done so in answering the preceding interrogatories, please list the amount of all expenses incurred as a result of the subject accident, the category of all damages sought, and the amount of damages for each such category.

### RESPONSE NO. 8:

Health Care Center    $1,743.00

Opensided MRI        $4,000.00

Guardian Care LLC    $8,175.00

### INTERROGATORY NO. 9:

Please set forth the amount of damages for each category in your petition.

### RESPONSE NO. 9:

Past medical damages of $13,918.00

General Damages    $195,000.00

### INTERROGATORY NO. 10:

Do you, your attorney or anyone else acting on your behalf have possession of the records or copies of the records of any hospital, clinic, or other place of treatment at which you were confined, examined or treated subsequent to the date of the alleged accident herein sued upon? If so, what is the name and address of each such hospital, clinic or other place of treatment whose records or copies thereof are possessed, and what is the name and address of each such person acting on your behalf who has possession of each such record or copy thereof?

### RESPONSE NO. 10:

Yes, The Health Care Center 3909 Bienville St New Orleans LA. Opensided MRI 1 Galeria Blvd Suite 106 Metairie LA and Guardian Care LLC (Dr. Eric Lonseth) 1912 Clearview Pkwy Suite 106 Metairie LA

Plaintiff's counsel the Law Office of Tim L Fields LLC 1750 St. Charles Ave Suite CU 1 New Orleans LA has a copy of the records, The health care center has the original.

**INTERROGATORY NO. 11:**

Have you ever been involved in any accidents and/or incidents of any type or sustained any injuries of any kind requiring medical attention either before of after the accident at issue? If so, please state when and where each such accident or injury occurred; the injuries and/or damages you received from each accident; the names and addresses of the physicians who have treated or examined you as a result of each such accident or injury; and, if you filed suit arising out of any such accident/incident and/or such injury, please state the court, docket number and title of that suit, and the ultimate result of the lawsuit.

**RESPONSE NO. 11:**

Plaintiff fell off a garbage truck while working as a hopper in 2013 and sustained injuries (unspecified) for which he received treatment and filed a claim and suit. His suit was ultimately settled.

Plaintiff also filed a claim related to an automobile accident involving an 18 wheeler (no further details provided) in 2011 or 2012. He recalled he was run off the road near Almonaster Street. He recalled being treated by the Healthcare Center in New Orleans East. He believes the case settled in 2014 or 2015.

Plaintiff also recalls a claim related to a May 2015 accident. He was returning home from a hospital and the vehicle he was in ran into a tree near the Morrison Road exit of interstate 10. He could not recall treatment or the details of any claim he may have filed.

**INTERROGATORY NO. 12:**

Have you ever been arrested or incarcerated? If so, please provide the following information:

(a) When you were arrested or incarcerated;

(b) Where you were arrested or incarcerated;

(c) Why you were arrested or incarcerated;

(d) Whether you were tried for any offense for which you were arrested or incarcerated, and if so, which arrest or incarceration you were tried, when you were tried, and where you were tried;

(e) Did you plead guilty or were you convicted for any offenses for which you have been arrested for incarcerated? If so, for which offenses, and what sentence was received, and when and where was such sentence received?

**RESPONSE NO. 12:**

Objection, this interrogatory seeks information regarding arrests regarding crimes for which Plaintiff could have been found innocent and seeks information on crimes beyond those concerning trustworthiness/dishonesty and beyond felony convictions that occurred in the last 10 years.

Subject to and without waiving those objections, to the best of Plaintiff's recollection he has never been incarcerated. In the interest of full disclosure he was charged with possession of narcotics in 2012 but those charges were nolle prosequi and later he pled guilty pursuant to Articles 893 and 894, his sentence was suspended and he was granted probation.

**INTERROGATORY NO. 13:**

To the extent that you have not stated so above, please give the names and addresses of all persons who have investigated the accident, canvassed for witnesses, made measurements, taken pictures and interviewed witnesses on your behalf. In connection with each, please state his address, employer, position at the time, and his participation in the case.

**RESPONSE NO. 13:**

None other than the responding New Orleans Police Officer.

**INTERROGATORY NO. 14:**

Please state the name and address of any persons whom you have been informed, believe, have heard, or know to be witnesses, directly or indirectly, to the accident or the surrounding attendant circumstances of the accident which is the subject of this litigation.

**RESPONSE NO. 14:**

Upon information and belief the following individuals witnessed the accident directly:

1) Schmekia Keith, 8373 Curran Blvd New Orleans LA

2) Renaldo Mayes 8373 Curran Blvd New Orleans LA

3) Stella Mayes, 2935 Paris Ave New Orleans LA

4) Richard Smith, PO Box 2874 Calhoun GA

5) Jack Waldrop, 4633 Creekside Dr SE Alworth GA (alleged eyewitness)

6) Andrea Bejinariv 1108 Beaver Dam Rd Hoschton GA 30548 (alleged eyewitness)

Upon information and belief the occupants of Richard Smith's vehicle may have witnessed the subject accident but there is no evidence that they witnessed the accident at this time.

After the fact witness: New Orleans Police Officer Matthew Riffle Badge 834

### INTERROGATORY NO. 15:

Please state the name and address of any person you know or have heard has taken any pictures of the accident scene, parties or any of the surrounding attendant circumstances.

### RESPONSE NO. 15:

None at this time.

### INTERROGATORY NO. 16:

Please state the name, address and field of expertise of any expert that you, your attorney or anyone on your behalf has consulted regarding any issues in this case.

### RESPONSE NO. 16:

Plaintiff may call as medical expert in the field of general practice medicine his treating physician Dr. C Andrew DeAbate 3909 Bienville St New Orleans LA regarding the facts and circumstances of the injuries he sustained in the subject accident and Dr. Eric Lonseth 1912 Clearview Pkwy Suite 106 Metairie LA

### INTERROGATORY NO. 17:

Please list and briefly describe all exhibits which you intend to introduce at the trial and/or use at the trial, and please list and briefly describe any other exhibits of which you know could be introduced and/or used at the trial of this matter.

### RESPONSE NO. 17:

1) A certified copy of the uniform motor vehicle crash report;
2) A certified copy of Defendant's insurance policy in force and effect at the time of the subject accident;
3) A certified copy of the insurance policy of Schmekia Keith in effect at the time of the subject accident;
4) A copy of any and all damage appraisals for either vehicle involved including any photographs of the damage taken as part of the appraisal of the damages;

5) A certified copy of Plaintiff's medical records and bills from The Health Care Center, Opensided MRI, and Guardian Care (Lonseth)

**INTERROGATORY NO. 18:**

Please state the names, addresses and dates of employment of all employers by whom you were employed at any time during the period ten (10) years immediately preceding the date of the alleged accident herein sued upon, all employers by whom you were employed at the time of the alleged accident herein sued upon including the date when you began employment there, and all employers by whom you were employed since the date of the accident herein sued upon including the date your employment began.

**RESPONSE NO. 18:**

Objection, relevance, Plaintiff is not asserting a lost wage claim.

Subject to and without waiving that objection Plaintiff is presently employed as a cafeteria worker for Compass Cafeteria Services, his wages are $9.50 per hour. He has been employed with Compass since June 2016.

Prior to Compass he worked for Express Temp Service for approximately two years with periods of 90 days of employment with Cycle Construction and then returned back to Express temp services and then reassigned to Cycle. His wages were between $9 and $12 per hour.

Around 2013 he worked for Metro Disposal as a hopper on a garbage truck for approximately 6 months.

Around 2005 he worked at the Audubon Golf Club for approximately 3-4 years from 2002-2005.

**INTERROGATORY NO. 19:**

Please list all income received since the date of the accident including the date, amount, source and purpose of the payments.

**RESPONSE NO. 19:**

Objection, relevance, Plaintiff is not asserting a lost wage claim.

Subject to and without waiving that objection Plaintiff only source of income has been his employment with Compass Cafeteria Services.

**INTERROGATORY NO. 20:**

Unless you have so stated above, have you applied for unemployment compensation or any type of social security disability payments either as result of this accident or for any other reason? If so, where did you apply? Has any decision been made on your application for same? If so, please state what and how much compensation, if any, you have received to date, and give the dates of your receipt of all such compensation.

**RESPONSE NO. 20:**

Plaintiff has been a recipient of Social Security benefits since age 12 he could not specify the nature of his disability or the amount of his compensation.

**INTERROGATORY NO. 21:**

Do you or have you ever applied and/or received Medicare or Medicaid benefits for any reason?

**RESPONSE NO. 21:**

Yes, Plaintiff receives both Medicare and Medicaid.

**INTERROGATORY NO. 22:**

Have you ever filed for bankruptcy and if so, please state the location and date of filing.

**RESPONSE NO. 22:**

No.

**INTERROGATORY NO. 23:**

Please list and describe all other litigation of any type whatsoever which you have been involved in or are currently involved in, excluding the suit at issue, giving the names of the parties involved, the attorney that represented or represents you, the court where the litigation was filed, the year it was filed, the docket or case number, and the final outcome.

**RESPONSE NO. 23:**

Plaintiff is believed to have filed three lawsuits:

One in relation to a 2013 on the job injury against Metro Disposal (that claim is settled)

He is also believed to have filed a claim in relation to a motor vehicle accident involving an 18 wheeler in 2011 or 2012. He recalled he was run off the road near Almonaster Street. He recalled being treated by the Healthcare Center in New Orleans East. He believes the case settled in 2014 or 2015.

Plaintiff also recalls a claim related to a May 2015 accident. He was returning home from a hospital and the vehicle he was in ran into a tree near the Morrison Road exit of interstate 10. He could not recall treatment or the details of any claim he may have filed.

### INTERROGATORY NO. 24:

Please list any and all pharmacies and/or facilities where medications are filled.

### RESPONSE NO. 24:

To the best of Plaintiff's recollection she has filled prescriptions at Walgreens (no location specified) and H&W Drugstore, 8454 Morrison Rd. New Orleans LA.

### INTERROGATORY NO. 25:

Please list your cell phone number and name and address of your cell phone carrier.

### RESPONSE NO. 25:

(504) 209-0519 Boost mobile.

### INTERROGATORY NO. 26:

Please describe where you had been and what you had been doing, including but not limited to the specific places to which you went, for what purpose, and who you were with, within the 24 hour period up to the point of the accident in this matter.

### RESPONSE NO. 26:

Plaintiff does not recall all of her activities in the 24 hours before the accident. He recalls that he and his wife were taking his sister to Walmart in Chalmette when the subject accident occurred.

### INTERROGATORY NO. 27:

Regarding the vehicle which you were located at the time of the accident in this matter, please state who owned the vehicle, who was driving this vehicle at the time of the accident, and, if this vehicle had been involved in any other accident, when and where such accident occurred and what damage was done to this vehicle.

### RESPONSE NO. 27:

The vehicle Plaintiff was a passenger in is owned by him and his wife, Schmekia Keith. The vehicle was involved in an accident several months prior to the subject accident on interstate 10 in which the vehicle was run off the road. Plaintiff believes the damage from that prior accident was fully repaired prior to the subject accident. He could not remember further details.

**INTERROGATORY NO. 28:**

Had you consumed any alcohol and/or drugs, legal or otherwise, within 24 hours of this accident, and, if so, what, when, and how much?

**RESPONSE NO. 28:**

No.

**INERROGATORY NO. 29:**

Were you eating, drinking and/or on your phone (in any manner whatsoever) within 5 minutes of the accident, and if so, up to what before the accident (i.e., within minutes or seconds of accident), what were you eating and/or drinking, and/or to whom were you talking?

**RESPONSE NO. 29:**

No.

**INTERROGATORY NO. 30:**

With regard to any other persons in the vehicle in which you were located at the time of the accident in this matter, please state the names of all such individuals and your relationship to or with such persons (i.e., marriage, dating, blood relation, friend, etc.).

**RESPONSE NO. 30:**

Wife and sister.

Respectfully submitted,

TIM L. FIELDS (Bar #: 24794)
Jonathan D Wasielewski (Bar # 32755)
Attorneys for Plaintiffs
1750 St. Charles Avenue, Suite CU1
New Orleans, Louisiana 70130
(504) 864-0111
Fax (504) 864-0009

**CERTIFICATE OF SERVICE**

I hereby certify that copy of the foregoing pleading has been served on all counsel of record by placement of the same in the U.S. mail properly addressed and postage prepaid and/or by facsimile transmission and/or by email transmission this 25 day of January, 2017.

Jonathan D Wasielewski