UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STELLA MAYES, RENALDO MAYES, AND SCHMEKIA KEITH | * * * * | CIVIL ACTION NO: 17-1451 |
| | | JUDGE JAY C. ZAINEY |
| VERSUS | * * | MAGISTRATE JUDGE JANICE VAN MEERVELD |
| RICHARD B. SMITH, JOYE FOUTS DARWIN LEISURE TIME CHARTERS AND TOURS, AND LANCER INSURANCE COMPANY | * * * * | JURY TRIAL REQUESTED |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by all parties to this matter, as noted by signatures of undersigned counsel below, that this case shall be, and hereby is, dismissed with prejudice in its entirety pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear his/her/its own costs.

AGREED TO AND APPROVED BY:

/s/ Jason Baer
_____
JASON BAER (Bar Roll #31609)
RAJAN PANDIT (Bar Roll #32215)
Pandit Law Firm, LLC
701 Poydras Street, Suite 3950
New Orleans, LA 70139
Telephone: (504) 313-3800
Email: jbaer@panditlaw.com
Email: rpandit@panditlaw.com
ATTORNEYS FOR THE PLAINTIFFS

AGREED TO AND APPROVED BY:

/s/ David P. Vial II
_____
JAMES M. DILL (Bar Roll #18868)
DAVID P. VIAL II (Bar Roll #29515)
The Dill Law Firm, A.P.L.C.
825 Lafayette Street
Post Office Box 3324
Lafayette, LA 70502-3324
Telephone: (337) 261-1408
Facsimile: (337) 261-9176
Email: jdill@dillfirm.com
Email: dvial@dillfirm.com
ATTORNEYS FOR LANCER INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on this 29 day of December, 2017, a copy of the foregoing pleading was filed electronically with the Clerk of Court using CM/ECF system. Notice of this filing will be sent to counsel for all parties to this proceeding by operation of the court's electronic filing system.

      /s/ David P. Vial II
_____
      DAVID P. VIAL II